**Electronically Filed
Supreme Court
SCWC-15-0000696
28-FEB-2017
07:50 AM**

SCWC-15-0000696

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

REBECCA STAPP,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000696; CASE NO. 2DCW-13-0001655)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on January 23, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 28, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

